IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WAYNE M. BEATON, #469447,
     Plaintiff,

vs.                                            Case No. 3:11cv412/LAC/EMT

OFFICER DIERMYER, et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 12, 2011 (doc. 11).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

     Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

     3.     All outstanding motions are **DENIED** as moot.

     **DONE AND ORDERED** this 28th day of October, 2011.


                             s/*L.A. Collier*_____
                             **LACEY A. COLLIER**
                             **SENIOR UNITED STATES DISTRICT JUDGE**